No. 85–704.   CALL ET AL. v. CITY OF ALBANY, CALIFORNIA, ET AL.   Sup. Ct. Cal.   Certiorari denied.

No. 85–712.   JOHN E. KOERNER & CO. ET AL. v. PLAINTIFF CLASS REPRESENTATIVES, CORN DERIVATIVES ANTITRUST LITIGATION, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 85–725.   MAUGET v. KAISER ENGINEERS, INC., ET AL. C. A. 6th Cir.   Certiorari denied.

No. 85–731.   SINCLAIR INTERNATIONAL ET AL. v. MAXFIELD. C. A. 3d Cir.   Certiorari denied.

No. 85–740.   STATE SAVINGS & LOAN ASSN. v. FEDERAL HOME LOAN BANK BOARD ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 85–743.   STEWART v. SEARS ET AL.   Ct. App. Ohio, Franklin County.   Certiorari denied.

No. 85–752.   MICHAELS ET AL. v. MICHAELS.   C. A. 7th Cir. Certiorari denied.

No. 85–753.   PENNINGTON, ADMINISTRATOR FOR THE ESTATE OF TORRES v. FLOTA MERCANTE GRANCOLOMBIANA, S.A., ET AL. C. A. 3d Cir.   Certiorari denied.

No. 85–754.   GREATER BATON ROUGE PORT COMMISSION v. JACINTOPORT CORP.   C. A. 5th Cir.   Certiorari denied.

No. 85–762.   METGE, EXECUTRIX OF THE ESTATE OF METGE, ET AL. v. BANKERS TRUST CO.   C. A. 8th Cir.   Certiorari denied.

No. 85–763.   WHITE v. MINNESOTA.   Ct. App. Minn.   Certiorari denied.

No. 85–768.   LEONE ET AL. v. PIERCE COUNTY MEDICAL BUREAU ET AL.   C. A. 9th Cir.   Certiorari denied.